AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
v.
WILLIAM DEAN FRYE

(Name and Address of Defendant)

**FILED**
JUL 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



**CRIMINAL COMPLAINT**

CASE NUMBER: 4-07 70422

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 16, 2006__ in __Contra Costa__ county, in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transport in interstate or foreign commerce by any means including by computer any visual depiction of a minor engaged in sexually explicit conduct, and did knowingly possess a visual depiction of a minor engaged in sexually explicit conduct that was transported in interstate or foreign commerce, or that was produced using materials that were transported in interstate or foreign commerce

in violation of Title __18__ United States Code, Section(s) __2252(a)(1) and (a)(4)(B)__

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following facts:
_Official Title_

See attached affidavit

Continued on the attached sheet and made a part hereof:    ☐ Yes    ☐ No

Approved As To Form: _AUSA: Michelle Morgan-Kelly_

Name/Signature of Complainant:   Denise Gatzambide

Sworn to before me and subscribed in my presence,

7-13-07
Date

at   San Francisco, CA
City and State

The Honorable James Larson
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

Document No.
District Court
Criminal Case Processing

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR ARREST WARRANT

I, Denise G. Gaztambide, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a complaint charging WILLIAM DEAN FRYE with violations of Title 18, United States Code, Sections 2252(a)(1), which makes it a crime for any person to knowingly transport in interstate or foreign by any means including by computer any visual depiction of a minor engaging in sexually explicit conduct, and Section 2252(a)(4)(B), which makes it a crime to knowingly possess a visual depiction of a minor engaged in sexually explicit conduct that was transported in interstate or foreign commerce or that was produced using materials that were transported in interstate or foreign commerce. Title 18, United States Code, Section 2256(2)(A) defines "sexually explicit conduct" to include actual or simulated: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality; masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person.

2.  I have been employed by the FBI since May of 1995. I am currently located in the Oakland Resident Agency of the San Francisco Division. I am assigned to the San Francisco Criminal Cyber Squad, which investigates crimes involving computer intrusions and the sexual exploitation of minors, including such exploitation via the Internet and computers, among other computer-related violations. As an FBI agent, I am authorized to investigate violations of federal law, and execute warrants issued under the authority of the United States. I have received training and possess actual experience relating to Federal criminal procedures and Federal statutes. I have participated in the

execution of numerous search warrants conducted by the FBI and have participated in the search and seizure of computer equipment.

3. The statements contained in this affidavit are based on information provided to me by employees of the FBI and on my own experience and training. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that a violation of federal law has been committed by William Dean FRYE.

## FACTS SUPPORTING PROBABLE CAUSE

### Background of the Investigation

4. Marcus David PRINCE, 133 N Adams Street, Pottstown, Pennsylvania, was the target of an ongoing FBI Group II Innocent Images National Initiative (IINI) investigation. Prince used the Internet AOL screen name "Mdp3868". During the course of the investigation, "Mdp3868" sent numerous images depicting prepubescent males/females engaged in sexually explicit activity to undercover Special Agent William Mullins of the Philadelphia FBI Office, who was posing as a 13-year-old girl.

5. Approximately 40 images containing child pornography (CP) were sent to the undercover Agent by "Mdp3868" during eight (8) separate online undercover chat sessions. On July 29, 2006, Marcus PRINCE was taken into Federal custody after traveling to Scranton, Pennsylvania for the purpose of meeting the purported 13-year-old girl for sex.

6. PRINCE confessed to sending the images, trading child pornography via the internet on numerous occasions, and to driving to Scranton to meet the 13-year-old. He further

expressed interest in cooperating with law enforcement by consenting to allow SA Mullins to assume his AOL online identity "mdp3868".

7. After gaining access to the AOL "Mdp3868" account, Special Agent Mullins observed that approximately 250 email messages were archived. A thorough review of the messages gleaned numerous screen names and mailing lists of individuals with whom PRINCE was trading child pornography; those images, movie files, and screen names were saved using FBI approved SnagIt 8.0 software.

8. The screen name "BiFr9" transmitted at least two child pornographic images to "Mdp3868" on two different occasions: June 16, 2006 at approximately 12:54 A.M. Central Standard Time, and June 16, 2006, at approximately 12:49 A.M., Central Standard Time. Both images were sent via AOL email. One image depicts an adult male engaging in sexual intercourse with a prepubescent female who appears to be under the age of 5. The other image depicts a prepubescent female approximately 10-12 years old engaging in sexual intercourse with an adult male. These two images were forwarded by "Mdp3868" to other email recipients on June 17, 2006.

9. An administrative subpoena was issued on October 23, 2006 to AOL requesting subscriber information for the screen names which transmitted child pornography to "Mdp3868," including "BiFr9."

10. The results of the subpoena served on AOL indicated that screen name "BiFr9" is registered to WILLIAM DEAN FRYE, 1600 Broadway St., Unit 7, Concord, CA. Based upon results of the administrative subpoena, database searches of ChoicePoint, and California Department of Motor Vehicles, the following descriptive information was determined:

3

Name -
    Last:   Frye
    First:  William
    Middle: Dean
    Race:   W
    Sex:    M
    DOB:    01/10/1956
    Address(es) -
    House #:    1600
    Street Name: Broadway St.
    Unit:   #7
    City:   Concord
    State:  CA
    Postal Code:   94520
    Phone #:    925-682-3740  Work
    Phone #:    925-766-6975  CP

11. Your affiant interviewed WILLIAM FRYE on February 2, 2007 at his residence in Concord, CA. FRYE acknowledged that he exclusively used the screen name "BiFr9" and email BiFr9@AOL.com. FRYE was informed of the information provided by FBI Philadelphia. FRYE admitted that there might be child pornography on his computer. After more discussion, FRYE admitted there were several photographs depicting child pornography located on the hard drive of his computer.

12. FRYE signed a consent form (FD-26) to allow a manual search of his home computer for images. Your affiant conducted the image search of FRYE's computer. Upon turning the computer on, a folder captioned "SAVED FROM EMAIL" was prominent on the desktop display. The folder was opened and examined. During a cursory scan, several images depicting pre-pubescent minors engaging in sexual activities were discovered, including a picture of an approximately two-month-old infant with a penis being inserted into his/her mouth.

13. FRYE admitted to downloading the depicted child pornography images from the Internet via email. FRYE also admitted to visiting AOL chat rooms and engaging in the exchange

4

of child pornography with other chat room members. FRYE's desktop computer was then seized due to the child pornography discovered.

14. On February 28, 2007, your affiant again interviewed FRYE. Your affiant asked FRYE if he would prefer to meet at his house or elsewhere, and FRYE said he would be in Oakland and offered to come to the FBI office. FRYE said he began collecting child pornography 3-4 years earlier, and was fully responsible for his actions. He believed he had numerous child pornography images saved on his computer. He acknowledged trading child pornography with persons he met in internet chat rooms.

15. Your affiant then showed FRYE two images of child pornography. The first depicted a fully naked girl approximately 10-12 years old being vaginally penetrated by an adult male. The second image depicted an adult male attempting to penetrate a very young prepubescent female. FRYE acknowledged sending both of the images and signed copies of both images affirming that fact.

**Search of FRYE's America Online Email Account**

16. On March 23, 2007, your affiant obtained a federal search warrant from the Honorable Joseph C. Spero, United States Magistrate Judge, to search FRYE's America Online email account BiFr9@AOL.com in McLean, Virginia.

17. The following investigative information was provided by AOL: The AOL email account, bifr9@AOL.com, belonged to Bill Frye, 1600 Broadway Street, Apartment #7, Concord, CA 94520, evening phone 925-609-8636, day phone 925-682-3740. The account was opened on March 21, 2005 and terminated on February 10, 2007 (by AOL's legal department). The billing method was credit card number 4217658990044352, expiration date September, 2010, billing name BILL FRYE.

18. The content of BiFr9@AOL.com included over 20 emails sent and/or received from/to BiFr9@AOL.com. Each email had at least one child pornography attachment. Dozens of child pornography images were also contained in a folder titled ":teenies_vol#1shaved,trimmedperky,puffy_nips-closed_@300_pics.rar." Several child pornographic videos were also found.

19. Your affiant submitted the images from FRYE's email account to the National Center for Missing and Exploited Children (NCMEC). On May 18, 2007, your affiant received a Child Victim Identification Program (CVIP) report from NCMEC, which summarized a comparison of the images found on FRYE's AOL account with known child victims in the CVIP database. FRYE's AOL account contained several images depicting known victims, all of which originated outside the state of California.

**Search of FRYE's Desktop Computer**

20. Your affiant also submitted FRYE's desktop computer to the Silicon Valley Regional Computer Forensics Lab (SVRCFL). On June 7, 2007, your affiant received a computer forensics report from the SVRCFL regarding FRYE's desktop computer. The report indicated that a few hundred emails, each containing child pornography, were located on the computer.

**CONCLUSION**

21. Based on the information above, I respectfully submit that probable cause exists to believe that WILLIAM DEAN FRYE did knowingly violate Title 18, United States Code, Sections 2252(a)(1), which makes it a crime for any person to knowingly transport in interstate or foreign by any means including by computer any visual depiction of a minor engaging in sexually explicit conduct, and Section 2252(a)(4)(B), which makes it a crime

to knowingly possess a visual depiction of a minor engaged in sexually explicit conduct that was transported in interstate or foreign commerce or that was produced using materials that were transported in interstate or foreign commerce.

**Request to Seal**

22. Attached is a Motion to Seal requesting that this affidavit be sealed to avoid flight of the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Denise G. Gaztambide
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
on this 12th day of July, 2007

THE HONORABLE JAMES LARSON
United States Magistrate Judge