1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510)637-3705
   Facsimile: (510)637-3724
8  Attorneys for Plaintiff

**FILED**

JUL 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

No. 4 07 70422

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| WILLIAM DEAN FRYE, | ) |
| Defendant. | ) |

APPLICATION AND [PROPOSED] ORDER
TO SEAL COMPLAINT AND ARREST
WARRANT

The United States hereby moves this honorable Court, for good cause shown, to seal the criminal complaint, affidavit and arrest warrant issued in the above-captioned case, and any other related documents, as well as this application and the Court's Order, until further order of this Court.

While defendant is aware of the current investigation, public disclosure of the complaint and arrest warrant could alert the defendant to his impending arrest and provide him with an opportunity to flee. Defendant has no criminal history and is facing a

mandatory minimum five-year sentence of imprisonment. Accordingly, the United States respectfully requests that the above-described materials be sealed in order to prevent the defendant from learning of the arrest warrant.

DATED: July 12, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

MICHELLE MORGAN-KELLY
Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the following items be filed under seal in the non-public docket, until further order of this Court: the criminal complaint, affidavit, arrest warrant, and any other related documents, as well as this application and the Court's Order.

DATED: 7-13-07

HON. JAMES LARSON
United States Magistrate Judge

UNITED STATES' APPLICATION
FOR SEALING ORDER                              2