| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Wings Hom | | REPORTER/TAPE NO. FTR 10:08-10:15 | |
|---|---|---|---|---|
| MAGISTRATE JUDGE NANDOE J. VADAS | DATE July 19, 2007 | | ☐ NEW CASE | CASE NUMBER 4-07-70422 WDB |

**APPEARANCES**

| DEFENDANT William C. Frye | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ron Tyler for H. Fox | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY Brigid Martin | INTERPRETER | | | | FIN. AFFIDAVIT SUBMITTED ☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | | |

**PROCEEDINGS SCHEDULED TO OCCUR**

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☒ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER Set |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                    REAL PROPERTY:

☐ CASH        ☐ CORPORATE SECURITY        ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                              OTHER:

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

**CONTINUANCE**

| TO: 7-23-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. WDB | ☒ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

**ADDITIONAL PROCEEDINGS**

OT 7/26/07 @ 10:00 a.m. before WDB for PH/Arrt. FILE UNSEALED on motion of Govt.

COPIES SENT TO: Gloria, Ivy                                                                 DOCUMENT NUMBER: